

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-12-00352-CR

Kathleen **COLE-MAYER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 359926
The Honorable Monica A. Gonzalez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 24, 2013.

_____
Karen Angelini, Justice